# Limited Liability Company Annual Report



1. LLC Name: R & S PROPERTIES OF KANSAS, LLC
2. Business Entity ID No.: 2875391
3. Tax Closing Date: December 2018
4. State of Organization: KS
5. Official Mailing Address:
   Roy Ebarb, 5929 North Broadway, Park City KS 67219

6. Members who own 5% or more of capital (Kansas LLCs only):

   Roy Ebarb - 5929 North Broadway  Park City, KS 67219
   Melissa Ebarb - 5929 N Broadway  Park City, KS 67219

Federal Employer Identification Number (FEIN): 0481230685

"I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

Executed on May 03 2019

Signature of Member: Melissa Ebarb

**Electronic File Stamp Information:**

**Filed**

* Date: 05/03/2019
* Time: 11:15:54 AM

KANSAS SECRETARY OF STATE
NON-CERTIFIED WEB COPY
1/14/2020 8:56:58 AM