IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. | : | |
| d/b/a IOU FINANCIAL, INC | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | CASE NO. 1:20-cv-00200-MHC |
| BIG STATE TIRE AND AXLE, INC., | : | |
| BIG STATE SUPPLY, LLC, | : | |
| R&S PROPERTIES OF KANSAS, LLC, | : | |
| ROY LEE EBARB, | : | |
| MELISSA KAY EBARB, | : | |
| | : | |
| Defendants | : | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Per L. R. 3.3 and Fed R. Civ. P. 7.1, counsel for Plaintiff discloses the below information.

(1)     A complete list of parties to this action, including any parent corporation and publicly held corporation holding a 10% or more interest in their stock:

Answer:

Plaintiff

IOU CENTRAL, INC.  d/b/a IOU FINANCIAL, INC.

Plaintiff is not-publicly traded. Plaintiff's parent corporation is IOU Central, Inc., organized in and publicly traded in Canada.  (ticker: IOUFF.PK and IOU.V).

Defendants:

BIG STATE TIRE AND AXLE, INC.,
BIG STATE SUPPLY, LLC,
R&S PROPERTIES OF KANSAS, LLC,
ROY LEE EBARB,
MELISSA KAY EBARB,

To Plaintiff's knowledge, none of the Defendants are publicly traded and are not owned by public traded companies. Defendant Big State [BST] is a company incorporated in Kansas, the location of its principal place of business of which it is a citizen. Defendants Roy L. Ebarb [RLE] and Melissa K. Ebarb [MKE] are married individuals domiciled in and citizens of Kansas the members of Defendant R&S Properties [RSP]. RLB is the sole member of Defendant Big State Supply [BSS] an affiliate of BST, operated from the same property, in the same business

(2)     A complete list of all other persons, associations, firms, partnerships or corporations having a financial or other interest which could be substantially affected by the outcome of this particular case.

Answer: none aside from the named parties.

(3)     A complete list of all counsel for parties in this case.

Answer: Paul G. Wersant, Attorney for Plaintiff.

Respectfully submitted this 16th day of January 2020.

By:     */s/Paul G. Wersant*
        Paul G. Wersant
        Georgia Bar No. 748341
        3245 Peachtree Parkway, Suite D-245
        Suwanee, Georgia 30024
        Telephone: (678) 264-2358
        Email: pwersant@gmail.com
        Attorney for Plaintiff
        File No. 82684 and 77833